CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  )
                              )
                              )
      vs.               )     Criminal No. 06-180 (HHK)

FRANK ROBINSON  )
                              )
                              )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

                                                  _____
                                                          Defendant

                                                  _____
                                                   Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
  Judge Henry H. Kennedy, Jr.
   United States District Court