UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-180 (HHK) |
| | : | |
| v. | : | |
| | : | |
| FRANK ROBINSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sherri L. Schornstein, at telephone number 202-514-6956 and/or email address Sherri.Schornstein@usdoj.gov. Sherri L. Schornstein will substitute for Assistant United States Attorney David Carey Woll, Jr. This is notice of the appearance of Assistant United States Attorney Sherri L. Schornstein in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

_____
SHERRI L. SCHORNSTEIN
Assistant United States Attorney
D.C. Bar # 415219
Fraud and Public Corruption Section
555 4th Street, NW, Room 5229
Washington, DC 20530
(202) 514-6956, (202) 307-2304 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent by ECF filing to to counsel for the defendant, Joseph Roll Conte, 400 Seventh Street, NW, Suite 400, Washington, D.C. 20004 this  17  day of October, 2006.

_____
Sherri L. Schornstein
Assistant U.S. Attorney