HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>CR-06-0180</u>
:
vs. : SSN:
:
Robinson, Frank : Disclosure Date: <u>September 13, 2006</u>

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                             **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signed] Frank Robinson_   10·4·06   _[signed] Joseph R._   10/4/06
**Defendant**               **Date**         **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 27, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                                            Page 2

See letter attached

Signed by: *Joseph R[signature]*
(~~Defendant~~/Defense Attorney/AUSA)

Date: 10/4/06

**Law Offices of Joseph R. Conte, P.L.L.C.**
400 Seventh Street, N.W. Suite 400
Washington, D.C. 20004-2206
202.638.4100
Fax: 202.628.0249
email: jrc1113@msn.com

RECEIVED
MAILROOM
2006 OCT 12 P 3: 08
U.S. PROBATION
DISTRICT OF COLUMBIA

October 3, 2006

**FILED**

OCT 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**VIA FACSIMILE 202.273.0242 AND U.S. MAIL**</u>

Ms. Sherry Brandon
U. S. Probation Officer
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re:    ***United States of America v. Frank Robinson***

Dear Ms. Brandon:

    I have reviewed the Presentence Investigation Report with Mr. Robinson and I have the following comments/objections.

    1. Page 16, ¶84. The last sentence of paragraph 84 should be the last sentence of paragraph 85.

    2. Page 11, ¶43. Mr. Robinson did not receive a 180 sentence on this conviction. He believes it was actually 88 days. Please telefax a copy of the court jacket or judgment and conviction order to me for my review. Obviously this conviction makes a major change in the guideline computation taking him from Zone C to Zone D and I obviously need to verify this sentence.

    I have enclosed the Receipt and Acknowledgment Form as an enclosure.

Ms. Sherry Brandon
October 4, 2006
Page -2-

Thank you in advance for your attention to this matter.

Sincerely,

Joseph R. Conte

Enclosure (as indicated)

cc:   Mr. David C. Woll, Jr.

JRC/jc