HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE    FILED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OCT 2 0 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: CR-06-0180** |
| | : | |
| **vs.** | : | **SSN:** |
| | : | |
| **Robinson, Frank** | : | **Disclosure Date: September 13, 2006** |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(X)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_David C. Woll_    _9/20/06_
**Prosecuting Attorney**    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| | | | |
|---|---|---|---|
| **Defendant** | **Date** | **Defense Counsel** | **Date** |

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **September 27, 2006**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

**By:**    Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**                                                      **Page 2**

Signed by:  _____
            **(Defendant/Defense Attorney/AUSA)**

Date:       _____