HONORABLE HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Frank Robinson            Docket No.: CR 06-180

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

**FILED**
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is hereby **ORDERED** that __Frank Robinson__ having been sentenced, on October 20, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Fort Dix__, in __Fort Dix, NJ__ by 2 p.m., on __December 20, 2006__.

__12/14/06__
Date

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____
ATTORNEY/U.S. PROBATION OFFICER

_____
DEFENDANT

Revised 6-2004