**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.    06-180 (HHK) |
| : | |
| FRANK ROBINSON : | |

**MOTION TO CORRECT CLERICAL ERROR**

COMES NOW, Frank Robinson, through counsel, Joseph R. Conte, 400 Seventh Street, N.W., Washington, D.C. 20004 to respectfully request this Honorable Court, pursuant to Rule 36 of the Federal Rules of Criminal Procedure to correct the judgment order filed on October 31, 2006, to reflect the correct sentence for the defendant. In support of this motion counsel has provided an accompanying memorandum of points and authorities.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: March 6, 2007

```
                                    _____/s/_____
                                    Joseph R. Conte, Bar #366827
                                    400 Seventh St., N.W., #400
                                    Washington, D.C. 20004
                                    PHONE:    202.638.4100
                                    FAX:      202.628.0249
```

CORRECTSENT                         1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :
                              :
        v.                    :     Case No.    06-180 (HHK)
                              :
                              :
FRANK ROBINSON                :


**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO CORRECT CLERICAL ERROR**

      1. The defendant was convicted of bribery and his federal sentencing guideline total offense level was 12 and his Criminal History Category was I. Offense level 12 and Criminal History Category I places the defendant in Zone C of the sentencing guideline table. In Zone C of the sentencing guidelines the court can impose a sentence of imprisonment or a sentence of imprisonment that includes supervised release with a condition that substitutes community confinement or home detention . . . provided that at least one-half of the minimum term is satisfied by imprisonment." (Pre-sentence Report ¶. 101).

      2. The defendant was sentenced on October 20, 2006. At sentencing the court imposed the following sentence:

> This is the sentence of this Court. It's going to be ten months imprisonment. But I am going to require that only five of the ten months be spent in jail. The other five months will be home confinement.

      3. Counsel believes that the court intended that the sentence be five months in jail and supervised release that included five months home confinement.

      4. The judgment and commitment order in this case states:

10 MONTHS (TOTAL)
5 MONTHS IMPRISONMENT
5 MONTHS HOME CONFINEMENT

CORRECTSENT                              2

5. Undersigned counsel has been contacted by U.S. Probation Officer Sherry Y. Brandon.  Ms. Brandon has advised counsel that the Bureau of Prisons has interpreted the sentence to be 10 months in jail with no home confinement.

6. Undersigned counsel has spoken to Assistant U.S. Attorney Sherri Schornstein and U.S.P.O. Brandon.  All parties believe that the court intended to sentence the defendant consistent with Zone C of the guidelines to a sentence of five months imprisonment followed by supervised release which included five months home confinement.

7. Rule 36 of the Federal Rules of Criminal Procedure provides:

> After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission.

8. Correcting the judgment order to show five months incarceration with supervised release to include five months home confinement will effectuate the sentence intended by the court.

9. Counsel has spoken to Assistant U.S. Attorney Sherri Schornstein.  Ms. Schornstein does not oppose this motion.

WHEREFORE counsel respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Joseph R. Conte

**CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that a copy of the foregoing was served by ECF to Assistant U.S. Attorney Sherri Schornstein.

_____/s/_____
Joseph R. Conte

CORRECTSENT                4