UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK ROBINSON,<br><br>Defendant. | Criminal 06-0180 (HHK) |

**O R D E R**

Before the court is the motion of defendant Frank Robinson (#12) captioned "Motion to Correct Clerical Error." Upon consideration of the unopposed motion and the record of this case, it is this 8th day of March, 2007, hereby

**ORDERED** that the defendant's motion to correct clerical error is granted, and it is

**FURTHER ORDERED** that a corrected Judgment shall be filed to reflect that this court's sentence in the above-captioned case is: five (5) months incarceration with supervised release to include five (5) months home confinement.

**SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge